AO 241 (Rev. 09/17)

\* SEE: { EVIDENTIARY HEARING & APPT. OF COUNSE MOTIONS )
ADDENDUM AND MEMORANDUM ( ATTACHED )
EX. 1

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: DELAWARE |
|---|---|

| Name (under which you were convicted): QUINTON T. JONES | Docket or Case No.: 1502002252 |
|---|---|

| Place of Confinement : JAMES T. VAUGHN CORR. CENTER | Prisoner No.: 358258 |
|---|---|

| Petitioner (include the name under which you were convicted) QUINTON T. JONES | v. | Respondent (authorized person having custody of petitioner) J.T.V.C.C. WARDEN: ROBERT MAY, ET. ALL; A.G (Kathleen Jennings) |
|---|---|---|

| The Attorney General of the State of: KATHLEEN JENNINGS — ("DELAWARE") |
|---|

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    THE SUSSEX COUNTY SUPERIOR COURT OF DELAWARE,

    (b) Criminal docket or case number (if you know): 1502002252

2.  (a) Date of the judgment of conviction (if you know): JULY 14TH, 2020

    (b) Date of sentencing: July 9TH, 2021

3.  Length of sentence: 30yrs. Susp. After 10yrs. w/ 6½ years accredited.

4.  In this case, were you convicted on more than one count or of more than one crime? ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: 2) Counts of Rape in the 4TH Degree, VT. Under 16 yrs.

6.  (a) What was your plea? (Check one)

    ☐ (1) Not guilty          ☒ (3) Nolo contendere (no contest)

    ☐ (2) Guilty             ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? PLEAD NOLO CONTENDERE TO TWO COUNTS OF RAPE IN THE FOURTH DEGREE (VT. UNDER 16 yrs.); ONE COUNT OF UNLAW- FUL SEXUAL CONTACT IN THE FIRST DEGREE (NOLLE PROSEQUI). CASE# 7108005124 INVOLVING A WOMAN (DIANNE JOHNSON) WAS ALLEGED TO BE DISMISSED AT ENTRY OF NOLO CONTENDERE PLEA.

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: DELAWARE SUPREME COURT

(b) Docket or case number (if you know): 1502002252; 228, 2016

(c) Result: AFFIRMED

(d) Date of result (if you know): SEPT. 5TH 2017

(e) Citation to the case (if you know): 228, 2016

(f) Grounds raised: PROSECUTORIAL MISCONDUCT — VOUCHED FOR THE CREDIBILITY OF IT'S STATE WITNESS.

(g) Did you seek further review by a higher state court? ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court: THE DELAWARE SUPREME COURT

(2) Docket or case number (if you know): 1502002252; 241, 2021

(3) Result: CONVICTION AND SENTENCES AFFIRMED.

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _APRIL 18, 2022_

(5) Citation to the case (if you know): _____

(6) Grounds raised: _SUPERIOR COURT ABUSED IT'S_
_DISCRETION WHEN IT FAILED TO ALLOW_
_PETITIONER TO WITHDRAW HIS SECOND NO_
_CONTENDERE PLEA._

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_N/A_

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _SUPREME COURT (DELAWARE)_

(2) Docket or case number (if you know): _1502002252; 241, 2021_

(3) Date of filing (if you know): _DEC. 10TH, 2021_

(4) Nature of the proceeding: _RULE 32(d) - WITHDRAWAL OF PLEA._

(5) Grounds raised: _INEFFECTIVE ASSIST. OF COUNSEL,_
_LEGAL INNOCENCE, AND A CHALLENGE TO_
_THE "VALIDITY" OF THE GUILTY PLEA AGREE-_
_MENT, COERCION BY COUNSEL AND FAILING_
_TO ADVISE PETITIONER OF PROPER PRESUM-_
_PTIVE SENTENCE WITHOUT ADVISING THAT_
_SENTENCE RECOMMENDATION(S) WERE NON-_
_BINDING UPON THE COURT._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes    ☐ No

(7) Result: _EVIDENTIARY HEARING (2019 yr.) - VACATED FOR_
_NEW TRIAL._

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised:

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

        (7) Result: _____

        (8) Date of result (if you know): _____

    (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:    INEFFECTIVE ASSISTANCE OF COUNSEL (UNINTELLIGENTLY ENTERED PLEA AGREEMENT.) UNKNOWINGLY

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

PLEA COUNSEL "INDUCED" PETITIONER TO ACCEPT THE STATES PLEA OFFER BY VIA 2008 YR. CASE AND IMMEDIATE RELEASE, WITHOUT ADVISING THAT SENTENCE RECOMMENDATION(S) WERE NON-BINDING UPON THE COURT, AND COERCION, INCLUDING FAILING TO ADVISE OF THE PROPER PRESUMPTIVE SENTENCE RANGE FOR OFFENSES.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(SEE! AT EX. 1) MEMORANDUM OF LAW ATTACHED

AO 241 (Rev. 09/17)

**(c)    Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: DELAWARE SUPREME COURT.

Docket or case number (if you know): 241, 2021

Date of the court's decision: APRIL 18th 2022

Result (attach a copy of the court's opinion or order, if available): AFFIRMED

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _DIRECT    APPEAL_

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_N/A_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c)    **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d)    **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_N/A_

    Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two :

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____ N / A _____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:          N / A

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?          ☐ Yes     ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes          ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes          ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?  ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____

        _____

        _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        _____

        _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:  Ms. Valarie Dunkle, esq.
(ATTORNEY FOR PETITIONER) PROVIDED TO REPRESENT

(b) At arraignment and plea:  VALARIE DUNKLE, ESQ / JOHN R. GAREY, esq.

(c) At trial:  JOHN R. GAREY, esq.

(d) At sentencing:  JOHN R. GAREY, esq.

(e) On appeal:  JOHN R. GAREY, esq.

(f) In any post-conviction proceeding:  Natalie S. Woloshin, esq.

(g) On appeal from any ruling against you in a post-conviction proceeding:  MR. ERIC ZUBROW,
esq. (STATE ATTORNEY)

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

MR. JONES' JUDGMENT OF CONVICTION WITHIN
THE DELAWARE SUPREME COURT ON HIS MOTION
TO WITHDRAW HIS NO CONTEST PLEA PURSUANT
TO RULE 32(d) BECAME FINAL ON APRIL 18TH
2022      (241, 2021)

AO 241 (Rev. 09/17)

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

     (A)     the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

     (B)     the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

     (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,
if the right has been newly recognized by the Supreme Court and made retroactively applicable to
cases on collateral review; or

     (D)     the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *REMAND BACK TO THE DELAWARE SUPERIOR COURT FOR RETRIAL! AND/OR FOR AN EVIDENTIARY HEARING ON THE FACTS OF THE*

or any other relief to which petitioner may be entitled.                                            *MATTER.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on  *8-11-2022*     (month, date, year).

Executed (signed) on   *8-11-2022*       (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____