IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **QUENTIN T. JONES**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. 22-1057-MN |
| ) | |
| **ROBERT MAY,** Warden, ) | |
| and the **ATTORNEY** ) | |
| **GENERAL of the STATE** ) | |
| **OF DELAWARE** ) | |
| ) | |
| Respondents. ) | |

## STATE COURT RECORDS

1. The following Delaware Supreme Court Records are attached:

    a. Appellant's Writ, Letter & Exhibits dated December 29, 2020 (No. 441, 2020) (EXHIBITS REDACTED)

    b. Appellant's Complaint & Letters dated January 4 & 13, 2021 (No. 441, 2020)

    c. State's Answer & Motion to Dismiss dated January 14, 2021 (No. 441, 2020)

    d. Final Order dated March 2, 2021 (No. 441, 2020)

    e. Appellant's Extraordinary Writ & Appendix dated February 2, 2021 (No. 53, 2021) (REDACTED)

    f. State's Answer & Motion to Dismiss dated March 2, 2021 (No. 53, 2021)

    g. Final Order dated April 7, 2021 (No. 53, 2021)

1

    h. Appellant's Opening Brief, Exhibits & Appendix dated October 22, 2021 (No. 241, 2021) (REDACTED)

    i. State's Answering Brief & Appendix dated November 24, 2021 (No. 241, 2021)

    j. Appellant's Reply Brief dated December 6, 2021

    k. Final Order dated April 18, 2022

2. The following Delaware Superior Court records are attached:

    a. Criminal Docket in Superior Court Case No. 1502002252 (REDACTED)

    b. Motion for Postconviction Relief dated May 2, 2022) (REDACTED)

    c. Postconviction Order dated May 11, 2022

    d. Requesting addition Postconviction Ground dated May 13, 2022

    e. Postconviction Order dated May 18, 2022

    f. Amended Motion for Postconviction Relief & Appendix dated July 5, 2022 (APPENDIX REDACTED)

    g. Postconviction Order dated July 15, 2022

                                                   Respectfully submitted,

                                                 /s/ *Kathryn J. Garrison*
                                                 Kathryn J. Garrison, I.D. No. 4622
                                                 Deputy Attorney General
                                                 Delaware Department of Justice
                                                 102 West Water Street
                                                 Dover, DE 19904
                                                 (302) 739-4211

October 26, 2022                               Kathryn.Garrison@Delaware.gov

# CERTIFICATE OF COMPLIANCE
# <u>WITH TYPEFACE REQUIREMENT</u>

I hereby certify that the attached motion to dismiss has been prepared in Time New Roman 14-point typeface using Microsoft Word 2016.


Date: October 26, 2022            */s/ Kathryn J. Garrison*
                                  Kathryn J. Garrison (# 4622)
                                  Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the attached document and the documents listed therein with the Clerk of Court using CM/ECF. I also certify that on October 26, 2022, I have mailed by Delaware State Mail Service, the same document and the documents referenced therein to the following unregistered participants:

    Quentin T. Jones
    SBI No. 00358258
    James T. Vaughn Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977
        <u>STATE MAIL CODE: N443</u>

                                <u>/s/ *Kathryn J. Garrison*</u>
                                Kathryn J. Garrison, I.D. No. 4622
                                Deputy Attorney General